**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01626-REB-NYW

NATIONAL UNITY INSURANCE COMPANY, a Texas Corporation,

    Plaintiff,

v.

RIO NATIONAL INSURANCE SERVICES, INC., a Colorado Corporation,
RIO NATIONAL INSURANCE SERVICES OF ARIZONA, INC. a Colorado Corporation,
RIO CLAIMS SERVICE, INC., a Colorado Corporation,
STEVEN KERBEL, an individual resident of Colorado, and
VANESSA JOAQUIM, an individual resident of Colorado,

    Defendants.

## ORDER DISMISSING PARTIES

**Blackburn, J.**

The matter is before me on the **Notice of Dismissal of Claims Against Defendants Rio National Insurance Services, Inc., Rio National Insurance Services of Arizona, Inc., Rio Claims Service, Inc. and Vanessa Joaquim** [#13][1] filed September 23, 2015.  After careful review of the notice and the file, I conclude that the notice should be approved and that the claims of the plaintiff against defendants, Rio National Insurance Services, Inc., Rio National Insurance Services of Arizona, Inc., Rio Claims Service, Inc, and Vanessa Joaquim, should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#13]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

1.  That the **Notice of Dismissal of Claims Against Defendants Rio National Insurance Services, Inc., Rio National Insurance Services of Arizona, Inc., Rio Claims Service, Inc. and Vanessa Joaquim** is approved;

2.  That claims of the plaintiff against defendants, Rio National Insurance Services, Inc., Rio National Insurance Services of Arizona, Inc., Rio Claims Service, Inc, and Vanessa Joaquim, are dismissed with prejudice with the affected parties to pay their own attorney fees and costs; and

3.  That defendants, Rio National Insurance Services, Inc., Rio National Insurance Services of Arizona, Inc., Rio Claims Service, Inc, and Vanessa Joaquim are dropped as parties to this action, and the caption shall be amended accordingly.

Dated September 23, 2015, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge