**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.  15-cv-01626-REB-NYW

NATIONAL UNITY INSURANCE COMPANY, a Texas Corporation,

    Plaintiff,

v.

STEVEN KERBEL, an individual resident of Colorado,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation for Dismissal of Claims Against Steven Kerbel *Without Prejudice*** [#15][1] filed September 24, 2015.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that the claims of the plaintiff against defendant, Steven Kerbel, should be dismissed without prejudice.  Mr. Kerbel is the last remaining defendant in this case.  Thus, I also order that this case be closed.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation for Dismissal of Claims Against Steven Kerbel *Without Prejudice*** is approved;

    2. That the claims of the plaintiff against defendant, Steven Kerbel, are

---

[1] "[#15]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

dismissed without prejudice, with the parties to pay their own attorney fees and costs; and

    3. That this case is closed.

Dated September 30, 2015, at Denver, Colorado.

                                  **BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge